PIRTLE *v.* THE STATE.

APPEAL from the *Sullivan* Common Pleas.

*Per Curiam.*—There was no proof in this case, that the offense was committed in the county where it was prosecuted, nor where it was committed.

The judgment is reversed. Cause remanded for a new trial.

*S. Coulson,* and *S. B. Hammill,* for appellant.

*J. E. McDonald,* Attorney-General, and *A. L. Roache,* for the State.